**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6241**

CLIFTON DONELL LYLES,

            Plaintiff - Appellant,

      v.

ANGELA BROACH, Dental Asst.; LULA MILLER, Lieutenant; OFFICER HAMBY,

            Defendants - Appellees,

      and

NURSE HERRING,

            Defendant.

Appeal from the United States District Court for the District of South Carolina, at Florence.  Timothy M. Cain, District Judge.  (4:16-cv-03188-TMC)

Submitted:  July 26, 2018                     Decided:  July 30, 2018

Before GREGORY, Chief Judge, FLOYD, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clifton Donell Lyles, Appellant Pro Se.  Andrew Lindemann, LINDEMANN, DAVIS & HUGHES, PA, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clifton Donell Lyles appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lyles v. Broach*, No. 4:16-cv-03188-TMC (D.S.C. Feb. 26, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*